UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                              Case No. 06-10679
                                                                                   Hon. Victoria A. Roberts

SONYA KING, A.K.A. SONYA M. KING,

       Defendant.
_____

## **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      This matter is before the Court on Plaintiff's Motion for summary judgment. This action arises out of Defendant's failure to repay federal student loans.

      Plaintiff filed a Complaint on February 16, 2006, seeking a judgment against Defendant in the amount of $11,225.06. Defendant sent a letter, treated as an answer, on March 13, 2006. The letter stated that she was unable to repay the debt at this time, but that when she finished school and found employment she would contact the Plaintiff to set up a repayment plan.

      On March 23, 2006, Plaintiff filed a Motion for summary judgment. Plaintiff seeks judgment in the amount of $11,225.06, plus costs and pre-judgment interest. Defendant failed to respond to the Motion.

      Defendant does not dispute the amount owed or that she is in default. She offers no valid defense for not making attempts to repay the debt. Accordingly, Plaintiff's

1

Motion for summary judgment is **GRANTED**.

    **IT IS SO ORDERED.**

                                                  s/Victoria A. Roberts
                                                  **Victoria A. Roberts**
                                                  **United States District Judge**

**Dated:  May 9, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record and Sonya King by electronic means or U.S. Mail on May 9, 2006.**
>
> **s/Linda Vertriest**
> **Deputy Clerk**